AO 106 (Rev. 04/10) Application for a Search Warrant

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 JAN 16 AM 11: 24

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 4:14 mJ 02 (2)
INFORMATION ASSOCIATED WITH )
MODELZFAN@YAHOO.COM, THAT IS STORED AT )
PREMISES CONTROLLED BY YAHOO!, INC. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*: INFORMATION ASSOCIATED WITH MODELZFAN@YAHOO.COM, THAT IS STORED AT PREMISES CONTROLLED BY YAHOO!, INC.

located in the ____Northern____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized)*:
Evidence of a crime, contraband, fruits of a crime and other illegally possessed items (See Attachment B to the supporting affidavit, incorporated herein by this reference.)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(2) | Distribution and Receipt of Child Pornography |
| 18 U.S.C. 2252A(a)(5)(B) | Possession of Child Pornography |

The application is based on these facts:
See accompanying affidavit, incorporated herein by this reference.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

S.A. Peter Amodeo, Homeland Security Investigations
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/16/14

_____
*Judge's signature*

City and state: Savannah, Georgia      Hon. G.R. Smith, U.S. Magistrate Judge
*Printed name and title*